AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Jeremiah Johnson__
was received by me on *(date)* __12/30/2011__.

☒ I personally served the summons on the individual at *(place)* __104 E Poplar, Olathe, Kansas 66061__ on *(date)* __12/30/2011__; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __12/30/2011__

_Tom Tippit_
Server's signature

TOM TIPPIT
P.O. BOX 3841
SHAWNEE MISSION, KS 66203
Printed name and title

Server's address

Additional information regarding attempted service, etc:

Time of Service: 11:50 A.M.