IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BROOKE BASHAW and KATIE SELLERS and LAUREN SPALSBURY, <br><br> Plaintiffs, <br><br> vs. <br><br> JEREMIAH JOHNSON, <br><br> Defendant. | ) ) ) ) ) ) ) Case No: 11-CV-2693 JWL/JPO ) ) ) ) ) ) |

## MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION REQUESTING LEAVE TO FILE PLEADINGS UNDER SEAL

**COMES NOW** Defendant, Jeremiah Johnson, by and through his attorney of record, Richard T. Merker, and pursuant to Federal Rule 5.4.6(a)(1) and for his Memorandum in Support of his motion requesting leave to file all pleadings and documents under seal, states as follows:

1.   The Plaintiffs have caused to have filed in this Court a Complaint for Damages in three Counts against the Defendant, a licensed and practicing attorney in the states of Kansas and Missouri, arising out of an incident on or about June 2, 2011, wherein the Plaintiffs claim that they were photographed on an iPhone, iPad or other device while working at The Law Offices of Jeremiah Johnson, P.A., at 104 E. Poplar, Olathe, Kansas. As a result of said claims, the Plaintiffs, with or without counsel, took possession of the iPhone and iPad and altered the same and then proceeded to contact the Olathe Police Department wherein they have provided information with the intent to bring criminal charges against the Defendant. No criminal charges have been filed as of the date of this pleading, but the Defendant has employed Thomas Bath as his retained criminal counsel.

2. That after claims were made, the parties agreed to conduct a pre-suit mediation attempting to resolve any and all disputes between the parties arising out of the incident in question. The parties agreed to use Donald W. Vasos as mediator. On October 20, 2011, a mediation was held at the offices of Wallace, Saunders, Austin, Brown & Enochs, Chartered with mediator Donald W. Vasos and with Plaintiffs Brooke Bashaw, Katie Sellers and Lauren Spalsbury were present, and represented by their attorneys Jason P. Roth and Patrick Copley. On that date, the parties entered into a Confidentiality Agreement signed not only by the Plaintiffs, but by their counsel. Further the agreement was signed by Jeremiah Johnson and counsel for Mr. Johnson. A copy of the mediation agreement is attached.

3. Certain information was provided to the mediator which was conveyed to the Plaintiffs and their counsel during the mediation process. The mediation failed and the matter was concluded at or about 3:00 p.m. or 3:30 p.m., on October 20, 2011.

4. In spite of the terms of the Confidentiality Agreement, Jason P. Roth and Patrick Copley immediately left the mediation and went to the Johnson County Courthouse and discussed the terms and conditions and statements and facts that were part of the mediation with Assistant District Attorney Chris Brown who has been the attorney investigating this matter and the attorney who may decide to file a criminal charge against the Defendant.

5. On the same date and in the evening hours thereof, Thomas Bath, retained criminal counsel for the Defendant, was contacted by Chris Brown who expressed concerns about the information that had been conveyed to him by counsel for the Plaintiffs. Even though, Thomas Bath, was aware of the fact that a mediation

was occurring, he did not participate in the mediation and was not directly involved therein.

6. Along with Count I of the Defendant's Counterclaim, the Defendant has filed a Counterclaim against the Plaintiffs for their violation of the Confidentiality Agreement.

7. It should be pointed out that Plaintiff, Katie Sellers, is a first year law student at the Creighton University Law School in Omaha, Nebraska.

8. This matter was filed in this Court on December 20, 2011, and a feature story was aired on Channel 4, Fox News, on at least three occasions on December 21, 2011. As such, the Defendant has been exposed to ridicule and potential loss of business due to the adverse publicity that has been publically aired.

9. The Defendant is further rightfully concerned that any of the defenses and positions taken by the Defendant in this matter, including the Counterclaim, will be provided to the Johnson County District Attorney's office which may prejudice whether they do or do not file criminal charges or what level of charges might be filed. Defendant has no assurance that without a Court Order, pleadings, discovery and/or depositions will be provided to the District Attorney's office in an obvious effort to jeopardize the Defendant in the alleged criminal matter and to damage his business through the media.

10. No legitimate legal reason can be advanced by the Plaintiffs to object to the requests made herein.

11. A proposed Order pursuant to Rule 5.4.6(3) is submitted contemporaneously.

**WHEREFORE**, Defendant moves the Court to enter an Order directing that all documents in regard to this case, including discovery, be sealed.

                                      WALLACE, SAUNDERS, AUSTIN,
                                      BROWN AND ENOCHS, CHARTERED

                            By    /s/ Richard T. Merker
                                  Richard T. Merker    KS# 07405
                                  10111 West 87th Street
                                  P.O. Box 12290
                                  Overland Park, KS 66282-2290
                                  rmerker@wallacesaunders.com
                                  913-888-1000    Fax - 913-888-1065

                              ATTORNEYS FOR DEFENDANT
                              JEREMIAH JOHNSON

I undersigned hereby certifies that a true and correct copy of the above and foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to the following, on this 18th day of January, 2012, to:

Mr. A. Scott Waddell
WADDELL LAW FIRM LLC
2029 Wyandotte, Suite 100
Kansas City, MO 64108
scott@aswlawfirm.com
(816) 221-2555  Fax:  (816) 221-2508

ATTORNEYS FOR PLAINTIFF
BROOKE BASHAW

Mr. Jason P. Roth
Mr. Patrick Copley
COPLEY ROTH & WILSON, LLC
7300 College Boulevard, Suite 175
Overland Park, KS 66210
jason@crwlawyers.com
patrick@crwlawyers.com
(913) 451-9500  Fax:  (913) 451-9501

ATTORNEYS FOR PLAINTIFF
KATIE SELLERS

Ms. Anne Schiavone
HOLMAN SCHIAVONE, LLC
4600 Madison Avenue, Suite 810
Kansas City, MO 64112
aschiavone@hslawllc.com
(816) 283-8738  Fax:  (816) 283-8739

ATTORNEYS FOR PLAINTIFF
LAUREN SPALSBURY


            /s/ Richard T. Merker
For the Firm



EXHIBIT
1

## CONFIDENTIALITY AGREEMENT

We have agreed to attempt to compromise and resolve through mediation the dispute which is presently existing styled, *Brook Bashaw, Katie Seller, Lauren Spalsbury v. Jeremiah Johnson and the Law Offices of Jeremiah Johnson, P.A.* The parties have jointly selected Donald W. Vasos to serve as a neutral mediator.

The parties agree that the mediator, Donald W. Vasos, shall not be subpoenaed or otherwise compelled to disclose any matter revealed in the process of setting up or conducting the mediation, except to the extent such disclosure may be necessary to enforce a settlement agreement if a settlement agreement is reached among the parties as a result of the mediation process.

The parties further agree that the mediation proceedings shall be regarded as settlement negotiations. Any communication relating to the subject matter of the dispute made during the resolution process by any participant or the mediator or any other person present at the dispute resolution proceedings shall be confidential communication. No admission, representation, statement or other confidential communication made in setting up or conducting the mediation not otherwise discoverable or obtainable shall be admissible as evidence or subject to discovery.

*See*, K.S.A. 60-452; 60-452a; and 60-453; Mo.Rev.Stat. § 435.014; Rule 408, Fed.R.Evid.

Dated: 10/20/11

Printed Name: RICHARD T MERICA

Dated: 10/20/11

Printed Name: Jeremiah John

Printed Name: Scott McFall

[Signatures: Jason Roth, Patrick Copley, Lauren Spalsbury, Katie Seller, Brook Bashaw]