IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BROOKE BASHAW, <br> and <br> KATIE SELLERS, <br> and <br> LAUREN SPALSBURY, <br>       *Plaintiffs/Counterclaim Defendants*, <br> *vs.* <br> JEREMIAH JOHNSON, <br>       *Defendant/Counterclaim Plaintiff.* | Case No.:  11-CV-2693 JWL/JPO |

### PLAINTIFFS LAUREN SPALSBURY AND KATIE SELLERS' MOTION TO DISMISS DEFENDANT'S COUNTERCLAIM PURSUANT TO FRCP 12(b)(6) FOR FAILURE TO STATE A CLAIM

Pursuant to Fed. R. Civ. P. 12(b)(6), Plaintiffs respectfully request that this Court grant their motion to dismiss Defendant's counterclaims with prejudice for failure to state a claim upon which relief can be granted.  As fully briefed in the accompanying Suggestions In Support, Defendant's counterclaims fall woefully short of the Supreme Court's pleading requirements set forth in *Ashcroft v. Iqbal*, 129 S.Ct. 1937, 1949 (2009).  Instead, the complaint is no more than "an unadorned, the-defendant-unlawfully-harmed-me accusation." *Iqbal*, at 1949.

More specifically, the Count I of the Counterclaim fails to plead and does not show any plausible grounds of relief for violations of the Computer Fraud and Abuse Act, 18 U.S.C. § 1030, as Defendant fails to adequately plead the statutory requirements that any "loss" result "because of interruption of service," "damage" be some form of

impairment, and that plaintiffs were "without authorization" or that they "exceeded authorization."

With respect to Count II, Defendant again fails to provide any factual allegations as to how he has been damaged, an essential element of his breach of contract claim. The counterclaim should be dismissed because any allegation relating to damages sustained is pure speculation, and "an unadorned, the-defendant-unlawfully-harmed-me accusation." *Iqbal*, at 1949.

Based on the above and foregoing, as well as the facts and arguments set forth in the accompanying Suggestion in Support, Plaintiffs are entitled to dismissal of the counterclaims asserted against them.

**HOLMAN SCHIAVONE, LLC**

*s/ Anne Schiavone*
Anne Schiavone, KS# 19669
4600 Madison Avenue, Suite 810
Kansas City, Missouri 64112
Telephone: 816.283.8738
Facsimile: 816.283.8739
E-mail: aschiavone@hslawllc.com

ATTORNEYS FOR LAUREN SPALSBURY

and

**COPLEY ROTH & WILSON, LLC**

*s/ Jason P. Roth*
Jason P. Roth, KS# 20529
Patrick Copley, KS# 20699
7300 College Blvd., Suite 175
Overland Park, Kansas 66210
Telephone: 913.451.9500
Facsimile: 913.451.9501
E-mail: jason@crwlawyers.com
E-mail: patrick@crwlawyers.com

ATTORNEYS FOR KATIE SELLERS

## **CERTIFICATE OF SERVICE**

   I hereby certify that on February 6, 2012, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

A. Scott Waddell
WADDELL LAW FIRM LLC
2029 Wyandotte, Suite 100
Kansas City, Missouri 64108

ATTORNEYS FOR BROOKE BASHAW

and

Richard T. Merker
WALLACE, SAUNDERS, AUSTIN
BROWN and ENOCHS, Chartered
10111 West 87th Street
P.O. Box 12290
Overland Park, Kansas 66282

ATTORNEYS FOR DEFENDANT/COUNTERCLAIM
PLAINTIFF JEREMIAH JOHNSON

              *s/ Anne Schiavone*
              ATTORNEY FOR PLAINTIFF