IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

BROOKE BASHAW and KATIE SELLERS and )
LAUREN SPALSBURY, )
)
                    Plaintiffs, )
)
vs.                                        )   Case No. 11-CV-2693 JWL/JPO
)
JEREMIAH JOHNSON, )
)
                    Defendant. )
)

## DEFENDANT'S AGREED-UPON MOTION AND ORDER EXTENDING TIME TO RESPOND TO MOTION TO DISMISS

**COMES NOW** Defendant, Jeremiah Johnson, by and through his attorney of record, Richard T. Merker, and for his motion to extend time to respond to Plaintiffs Lauren Spalsbury's and Katie Sellers' Motion to Dismiss, states as follows:

1. Plaintiffs Lauren Spalsbury and Katie Sellers filed a Motion to Dismiss Defendant's Counterclaim and Suggestions in Support.

2. Without extensions, Defendant's response to said motion is due on February 27, 2012.

3. Requests had been made of counsel representing Lauren Spalsbury and Katie Sellers for an extension to respond up to and including March 7, 2012, and counsel have agreed to said request.

4. Additionally, Defendant has agreed that in the event the Plaintiffs Lauren Spalsbury and Katie Sellers needs additional time to reply to the Defendant's response, that it will be voluntarily agreed to by the Defendant.

5. This extension is made because of the necessity of Defendant's counsel to be out of the office on medical issues. The request is not intended to delay the proceedings in any manner.

**WHEREFORE**, Defendant moves the Court to enter an Order granting him up to and including March 7, 2012, to reply to the Plaintiffs Lauren Spalsbury's and Katie Sellers' Motion to Dismiss.

>                    WALLACE, SAUNDERS, AUSTIN,
>                    BROWN AND ENOCHS, CHARTERED
>
>                    By      /s/ Richard T. Merker
>                         Richard T. Merker      KS# 07405
>                         10111 West 87th Street
>                         Overland Park, KS 66212
>                         rmerker@wallacesaunders.com
>                         913-888-1000    Fax - 913-888-1065
>
>                    ATTORNEYS FOR DEFENDANT
>                    JEREMIAH JOHNSON

I, the undersigned, hereby certifies that a true and correct copy of the above and foregoing was electronically filed under seal with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to the following, on this 27th day of February, 2012, to:

Mr. A. Scott Waddell
WADDELL LAW FIRM LLC
2029 Wyandotte, Suite 100
Kansas City, MO 64108
scott@aswlawfirm.com
(816) 221-2555  Fax: (816) 221-2508

ATTORNEYS FOR PLAINTIFF
BROOKE BASHAW

Mr. Jason P. Roth
Mr. Patrick Copley
COPLEY ROTH & WILSON, LLC
7300 College Boulevard, Suite 175
Overland Park, KS 66210
jason@crwlawyers.com
patrick@crwlawyers.com
(913) 451-9500  Fax:  (913) 451-9501

ATTORNEYS FOR PLAINTIFF
KATIE SELLERS

Ms. Anne Schiavone
HOLMAN SCHIAVONE, LLC
4600 Madison Avenue, Suite 810
Kansas City, MO 64112
aschiavone@hslawllc.com
(816) 283-8738  Fax:  (816) 283-8739

ATTORNEYS FOR PLAINTIFF
LAUREN SPALSBURY


_____/s/ Richard T. Merker_____
For the Firm