IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

BROOKE BASHAW,
KATIE SELLERS and
LAUREN SPALSBURY,

     Plaintiffs,

vs.                                  CASE NO. 11-CV-2693 JWO/JOP

JEREMIAH JOHNSON,

     Defendant.

## **ENTRY OF APPEARANCE**

     COMES NOW Michael E. McCausland, of the law firm of Harris McCausland, P.C,

9233 Ward Parkway, Suite 270, Kansas City, MO 64114, and hereby files his Entry of

Appearance as counsel for Jeremiah Johnson, Defendant in the above styled cause.

                         HARRIS McCAUSLAND, P.C.

                         *s/s Michael E. McCausland*_____
                         Michael E. McCausland       MO#29950
                         9233 Ward Parkway, Suite 270
                         Kansas City, Missouri  64114
                         (816) 523-3000/FAX (816) 523-1588
                         mmccausland@harrismccausland.com
                         ATTORNEY FOR DEFENDANT
                         JEREMIAH JOHNSON

Entry of Appearance
Page 2

I hereby certify that a copy of the
foregoing was e-filed, this 13th day
of March, 2012 to:

A. Scott Waddell, Esq.
Waddell Law Firm, LLC
2029 Wyandotte, Ste. 100
Kansas City, MO 64108
(816) 221-2555/FAX (816) 221-2508
scott@aswlawfirm.com
COUNSEL FOR PLAINTIFF BROOKE BASHAW

Jason P. Roth, Esq.
Patrick Copley, Esq.
7300 College Blvd., Ste. 175
Overland Park, KS 66210
(913) 451-9500/FAX (913) 451-9501
jason@crwlawyers.com
patrick@crwlawyers.com
COUNSEL FOR PLAINTIFF KATIE SELLERS

Anne Schiavone, Esq.
Holman Schiavone, LLC
4600 Madison Ave., Ste. 810
Kansas City, MO 64112
(816) 283-8738/FAX (816) 283-8739
aschiavone@hslawllc.com
COUNSEL FOR PLAINTIFF LAUREN SPALSBURY

*s/s Michael E. McCausland*_____
Michael E. McCausland
For the Firm