# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BROOKE BASHAW )<br>)<br>and )<br>)<br>KATIE SELLERS )<br>)<br>and )<br>)<br>LAUREN SPALSBURY, )<br>)<br>       *Plaintiffs/* )<br>       *Defendants*, )<br>vs. )<br>)<br>JEREMIAH JOHNSON )<br>)<br>    *Defendant/Counterclaimant.* ) | Case No.: 11-CV-2693 JWL/JPO |

## **PLAINTIFF BROOKE BASHAW'S CERTIFICATE OF SERVICE**

PLAINTIFF Brooke Bashaw, by and through counsel A. Scott Waddell of the Waddell Law Firm LLC, submits that (two copies of) Plaintiff Brooke Bashaw's First Request for Production of Documents to Defendant Jeremiah Johnson were mailed (and emailed in a Microsoft Word format) to the following attorneys on June 21, 2012:

Michael E. McCausland
McCausland Barrett & Bartalos P.C.
9233 Ward Parkway, Suite 270
Kansas City, Missouri 64114
(816) 523-3000/FAX (816)523-1588
mmccausland@mbblawfirmkc.com
ATTORNEYS FOR JEREMIAH JOHNSON

Richard T. Merker
Wallace, Saunders, Austin, Brown, & Enochs, CHTD.
10111 West 87th Street
P.O. Box 12290
Overland Park, KS 66282
913-888-1000

1

913-888-1065 (facsimile)
rmerker@wallacesaunders.com
ATTORNEYS FOR JEREMIAH JOHNSON

                              Respectfully submitted,

                              A. Scott Waddell    KS# 20955
                              Waddell Law Firm LLC
                              2029 Wyandotte Street, Suite 100
                              Kansas City, Missouri 64108
                              scott@aswlawfirm.com
                              Telephone: 816-221-2555
                              Facsimile:  816-221-2508
                              **Attorney for Plaintiff Brooke Bashaw**

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was sent electronically via the Court's ECF filing system on June 21, 2012 to the following:

Michael E. McCausland
McCausland Barrett & Bartalos P.C.
9233 Ward Parkway, Suite 270
Kansas City, Missouri 64114
(816) 523-3000/FAX (816)523-1588
mmccausland@mbblawfirmkc.com
ATTORNEYS FOR JEREMIAH JOHNSON

Richard T. Merker
Wallace, Saunders, Austin, Brown, & Enochs, CHTD.
10111 West 87th Street
P.O. Box 12290
Overland Park, KS 66282
913-888-1000
913-888-1065 (facsimile)
rmerker@wallacesaunders.com
ATTORNEYS FOR JEREMIAH JOHNSON

Jason P. Roth and Patrick Copley
COPLEY ROTH & WILSON, LLC
7300 College Blvd., Suite 175
Overland Park, KS 66210
Telephone: 913.451.9500
Facsimile: 913.451.9501
E-mail: jason@crwlawyers.com
E-mail: patrick@crwlawyers.com
ATTORNEYS FOR KATIE SELLERS

Anne Schiavone
HOLMAN SCHIAVONE, LLC
4600 Madison Ave., Suite 810
Kansas City, MO 64112
Telephone: 816.283.8738
Facsimile: 816.283.8739
E-mail: aschiavone@hslawllc.com
ATTORNEYS FOR   LAUREN SPALSBURY

A. Scott Waddell