IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BROOKE BASHAW and KATIE SELLERS and LAUREN SPALSBURY, | ) ) ) |
| Plaintiffs/Defendants, | ) ) |
| vs. | ) ) Case No: 11-CV-2693 JWL/JPO |
| JEREMIAH JOHNSON, | ) ) ) |
| Defendant/Counterclaimant. | ) ) |

## CERTIFICATE OF SERVICE

Richard T. Merker of Wallace, Saunders, Austin, Brown & Enochs, Chartered, and Mark D. Chuning of McCausland Barrett & Bartalos P.C., attorneys for Defendant, Jeremiah Johnson, hereby certify that the original of *Defendant Jeremiah Johnson's Objections and Responses to Plaintiff Brooke Bashaw's First Request for Production of Documents to Defendant Jeremiah Johnson*, was mailed via First Class mail, postage prepaid to: Scott Waddell, Waddell Law Firm LLC, 2029 Wyandotte Street, Suite 100, Kansas City, Missouri 64108, Attorneys for Plaintiff Brooke Bashaw; and a copy to Jason P. Roth and Patrick Copley, Copley Roth & Wilson, LLC, 7300 College Boulevard, Suite 175, Overland Park, Kansas 66210, Attorneys for Plaintiff Katie Sellers; Anne Schiavone, Holman Schiavone, LLC, 4600 Madison Avenue, Suite 810, Kansas City, Missouri 64112, Attorneys for Plaintiff Lauren Spalsbury, on this 20th day of July, 2012.

2

McCAUSLAND BARRETT & BARTALOS P.C.


By _____/s/ Mark D. Chuning_____
    Mark D. Chuning    KS# 20882
    Michael E. McCausland    MO# 29950
    9233 Ward Parkway, Suite 270
    Kansas City, MO 64114
    mmccausland@mbblawfirmkc.com
    mchuning@mbblawfirmkc.com
    (816) 523-3000  Fax:  (816) 523-1588

ATTORNEYS FOR DEFENDANT
JEREMIAH JOHNSON



WALLACE, SAUNDERS, AUSTIN,
BROWN AND ENOCHS, CHARTERED


By _____/s/ Richard T. Merker_____
    Richard T. Merker    KS# 07405
    10111 West 87th Street
    Overland Park, KS 66212
    rmerker@wallacesaunders.com
    913-888-1000    Fax - 913-888-1065

ATTORNEYS FOR DEFENDANT
JEREMIAH JOHNSON

The undersigned hereby certifies that a true and correct copy of the above and foregoing was placed in the U.S. Mail, postage prepaid, on this 20th day of July, 2012, to:

Scott Waddell
WADDELL LAW FIRM LLC
2029 Wyandotte Street, Suite 100
Kansas City, MO 64108
scott@aswlawfirm.com
(816) 221-2555   Fax:   (816) 221-2508

ATTORNEYS FOR PLAINTIFF BROOKE BASHAW

Jason P. Roth
Patrick Copley
COPLEY ROTH & WILSON, LLC
7300 College Boulevard, Suite 175
Overland Park, KS 66210
Jason@crwlawyers.com
Patrick@crwlawyers.com
(913) 451-9500   Fax:   (913) 451-9501

ATTORNEYS FOR PLAINTIFF KATIE SELLERS

Anne Schiavone
HOLMAN SCHIAVONE, LLC
4600 Madison Avenue, Suite 810
Kansas City, MO 64112
aschiavone@hslawllc.com
(816) 283-8738   Fax:   (816) 283-8739

ATTORNEYS FOR PLAINTIFF LAUREN SPALSBURY


      /s/ Richard T. Merker
Richard T. Merker