IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

BROOKE BASHAW,
KATIE SELLERS and
LAUREN SPALSBURY,

    Plaintiffs,

vs.                                      CASE NO. 11-CV-2693 JWO/JOP

JEREMIAH JOHNSON,

    Defendant.

## ENTRY OF APPEARANCE

COMES NOW Mark D. Chuning, of the law firm of McCausland Barrett & Bartalos P.C., 9233 Ward Parkway, Suite 270, Kansas City, MO 64114, and hereby files his Entry of Appearance as co-lead counsel to be noticed for Jeremiah Johnson, Defendant in the above styled cause.

                                        HARRIS McCAUSLAND, P.C.

*s/s Mark D. Chuning*
Mark D. Chuning            KS#20882
9233 Ward Parkway, Suite 270
Kansas City, Missouri  64114
(816) 523-3000/FAX (816) 523-1588
mchuning@mbblawfirmkc.com
ATTORNEY FOR DEFENDANT
JEREMIAH JOHNSON

Entry of Appearance
Page 2

I hereby certify that a copy of the foregoing was e-filed, this 1st day of August, 2012 to:

A. Scott Waddell, Esq.
Waddell Law Firm, LLC
2029 Wyandotte, Ste. 100
Kansas City, MO 64108
(816) 221-2555/FAX (816) 221-2508
scott@aswlawfirm.com
COUNSEL FOR PLAINTIFF BROOKE BASHAW

Jason P. Roth, Esq.
Patrick Copley, Esq.
7300 College Blvd., Ste. 175
Overland Park, KS 66210
(913) 451-9500/FAX (913) 451-9501
jason@crwlawyers.com
patrick@crwlawyers.com
COUNSEL FOR PLAINTIFF KATIE SELLERS

Anne Schiavone, Esq.
Holman Schiavone, LLC
4600 Madison Ave., Ste. 810
Kansas City, MO 64112
(816) 283-8738/FAX (816) 283-8739
aschiavone@hslawllc.com
COUNSEL FOR PLAINTIFF LAUREN SPALSBURY

*s/s Mark D. Chuning*
Mark D. Chuning
For the Firm