IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BROOKE BASHAW *et al.* )<br>)<br>Plaintiffs/Counterclaim Defendants, )<br>vs. )<br>)<br>JEREMIAH JOHNSON, )<br>)<br>Defendant/Counterclaim Plaintiff. ) | Case No. 11-CV-2693-JWL/JPO |

**PLAINTIFF BROOKE BASHAW'S CERTIFICATE OF SERVICE
OF RULE 26 INITIAL DISCLOSURES**

PLAINTIFF BROOKE BASHAW, by and through her counsel of record A. Scott Waddell of the Waddell Law Firm LLC, emailed (in a pdf format) her Initial Disclosures pursuant to FRCP Rule 26 (a)(1) to counsel for Defendant on August 14, 2012.

Respectfully submitted,

By: /s/ A. Scott Waddell
A. Scott Waddell        KS# 20955
Waddell Law Firm LLC
2029 Wyandotte, Suite 100
Kansas City, Missouri 64108
Telephone: 816.221.2555
Facsimile:  816.221.2508
scott@aswlawfirm.com
Attorney for Plaintiff Bashaw

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served via electronic correspondence on August 14, 2012 to:

Michael E. McCausland and Mark D. Chuning
*McCausland Barrett & Bartalos, P.C.*
9233 Ward Parkway, Suite 270
Kansas City, MO  64114
E-mail:  mmccausland@mbblawfirmkc.com
E-mail:  mchuning@mbblawfirmkc.com
*Attorneys for Defendant/Counterclaim Plaintiff*

Richard T. Merker
*Wallace, Saunders, Austin, Brown and Enochs, Chartered*
10111 West 87th Street
P.O. Box 12290
Overland Park, KS  66282-2290
E-mail:  rmerker@wallacesaunders.com
*Attorneys for Defendant/Counterclaim Plaintiff*

Jason P. Roth and Patrick Copley
*Copley Roth & Wilson, LLC*
Lighton Tower
7500 College Blvd., Suite 700
Overland Park, KS  66210
(913) 451-9500; Fax: (913) 451-9501
E-mail:  jason@crwlawyers.com
E-mail:  patrick@crwlawyers.com
*Attorneys for Plaintiff/Counterclaim Defendant Katie Sellers*

Anne Schiavone and Kirk D. Holman
*Holman Schiavone, LLC*
4600 Madison Ave., Suite 810
Kansas City, MO  64112
(816) 283-8738; Fax: (816) 283-8739
E-mail:  aschiavone@hslawllc.com
E-mail:  kholman@hslawllc.com
*Attorneys for Plaintiff/Counterclaim Defendant Lauren Spalsbury*

By: /s/ A. Scott Waddell, Attorney for Plaintiff Bashaw