IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BROOKE BASHAW, et al., )<br>)<br>Plaintiffs/Counterclaim Defendants, )<br>vs. )<br>)<br>JEREMIAH JOHNSON, )<br>)<br>Defendant/Counterclaim Plaintiff. ) | Case No. 11-CV-2693-JWL/JPO |

## CERTIFICATE OF SERVICE

COMES NOW Plaintiff Katie Sellers, by and through her attorneys, and certifies that she has caused the following to be served on the parties to this action: *Plaintiff Katie Sellers' Rule 26 Disclosures,* together with a copy of this *Certificate of Service,* by depositing same in the United States Mail, postage prepaid, and by electronic mail, on this __14th__ day of August, 2012, to:

Michael E. McCausland
Mark D. Chuning
*McCausland Barrett & Bartalos, P.C.*
9233 Ward Parkway, Suite 270
Kansas City, MO  64114
E-mail:  mmccausland@mbblawfirmkc.com
E-mail:  mchuning@mbblawfirmkc.com
*Attorneys for Defendant/Counterclaim Plaintiff*

Richard T. Merker
*Wallace, Saunders, Austin,*
  *Brown and Enochs, Chartered*
10111 West 87th Street
P.O. Box 12290
Overland Park, KS  66282-2290
E-mail:  rmerker@wallacesaunders.com
*Attorneys for Defendant/Counterclaim Plaintiff*

Scott Waddell
*Waddell Law Firm, LLC*
2029 Wyandotte, Suite 100
Kansas City, MO 64108
(816) 221-2555; Fax: (816) 221-2508
E-mail: scott@aswlawfirm.com
*Attorneys for Plaintiff/Counterclaim Defendant
Brooke Bashaw*

Anne Schiavone
Kirk D. Holman
*Holman Schiavone, LLC*
4600 Madison Ave., Suite 810
Kansas City, MO 64112
(816) 283-8738; Fax: (816) 283-8739
E-mail: aschiavone@hslawllc.com
E-mail: kholman@hslawllc.com
*Attorneys for Plaintiff/Counterclaim Defendant
Lauren Spalsbury*

        Respectfully submitted,

        COPLEY ROTH & WILSON, LLC

        */s/ Jason P. Roth*

        JASON P. ROTH      KS #20529
        PATRICK COPLEY    KS #20699
        Lighton Tower
        7500 College Blvd., Suite 700
        Overland Park, KS 66210
        (913) 451-9500; Fax: (913) 451-9501
        E-mail: jason@crwlawyers.com
        E-mail: patrick@crwlawyers.com
        *Attorneys for Plaintiff/Counterclaim Defendant
        Katie Sellers*