IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

BROOKE BASHAW,
KATIE SELLERS and
LAUREN SPALSBURY,

    Plaintiffs,

vs.                              CASE NO. 11-CV-2693 JWO/JOP

JEREMIAH JOHNSON,

    Defendant.

## **CERTIFICATE OF SERVICE**

COMES NOW defendant Jeremiah Johnson, by and through his attorneys, and certifies that he has caused the following to be served on the parties to this action: Defendant's Rule 26(a) Disclosures, together with a copy of this Certificate of Service, by depositing same in the United States Mail, postage prepaid, and by electronic mail, on this 14th day of August 2012,

To:

A. Scott Waddell, Esq.
Waddell Law Firm, LLC
2029 Wyandotte, Ste. 100
Kansas City, MO 64108
(816) 221-2555/FAX (816) 221-2508
scott@aswlawfirm.com
COUNSEL FOR PLAINTIFF BROOKE BASHAW

Jason P. Roth, Esq.
Patrick Copley, Esq.
7300 College Blvd., Ste. 175
Overland Park, KS 66210
(913) 451-9500/FAX (913) 451-9501
jason@crwlawyers.com
patrick@crwlawyers.com
COUNSEL FOR PLAINTIFF KATIE SELLERS

Anne Schiavone, Esq.
Holman Schiavone, LLC
4600 Madison Ave., Ste. 810
Kansas City, MO 64112
(816) 283-8738/FAX (816) 283-8739
aschiavone@hslawllc.com
COUNSEL FOR PLAINTIFF LAUREN SPALSBURY

Richard T. Merker
Wallace, Saunders, Austin,
Brown & Enochs, Chartered
10111 W. 87th Street
PO Box 12290
Overland Park, KS 66282
rmerker@wallacesaunders.com
COUNSEL FOR DEFENDANT/COUNTERCLAIM PLAINTIFF

                                      HARRIS McCAUSLAND, P.C.

                                      *s/s Michael E. McCausland*_____
                                      Michael E. McCausland          MO#29950
                                      9233 Ward Parkway, Suite 270
                                      Kansas City, Missouri  64114
                                      (816) 523-3000/FAX (816) 523-1588
                                      mmccausland@harrismccausland.com
                                      ATTORNEY FOR DEFENDANT
                                      JEREMIAH JOHNSON