### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BROOKE BASHAW, ) | |
| and ) | |
| KATIE SELLERS, ) | |
| and ) | Case No.: 11-CV-02693 JWL/JPO |
| LAUREN SPALSBURY, ) | |
| *Plaintiffs/Counterclaim Defendants*, ) | |
| v. ) | |
| JEREMIAH JOHNSON, ) | |
| *Defendant/Counterclaim Plaintiff.* ) | |

### CERTIFICATE OF SERVICE

Plaintiff Lauren Spalsbury by and through her counsel of record and hereby certifies that the *Plaintiff's First Interrogatories to defendant Jeremiah Johnson* and *Plaintiff's First Request for Production of Documents to defendant Jeremiah Johnson,* were served on this 5th day of September, 2012 via electronic mail upon and via regular U.S. mail:

Michael E. McCausland  
Mark D. Chuning  
McCAUSLAND BARRETT & BARTALOS P.C.  
9233 Ward Parkway, Suite 270  
Kansas City, Missouri 64114  
Email: mmccausland@mbblawfirmkc.com  
Email: mchuning@mbblawfirmkc.com  

Richard T. Merker  
WALLACE SAUNDERS AUSTIN BROWN & ENOCHS  
10111 West 87th Street  
Overland Park, Kansas 66212  
Email: rmerker@wallacesaunders.com  

**ATTORNEYS FOR DEFENDANT/COUNTERCLAIM PLAINTIFF JEREMIAH JOHNSON**

HOLMAN SCHIAVONE, LLC


By:  *s/Anne Schiavone*
Anne Schiavone, KS Bar# 19669
Sophie Woodworth, KS Bar# 21754
4600 Madison Avenue, Suite 810
Kansas City, Missouri 64112
Telephone: 816.283.8738
Facsimile: 816.283.8739
Email: aschiavone@hslawllc.com
Email: swoodworth@hslawllc.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2012, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Michael E. McCausland
Mark D. Chuning
McCAUSLAND BARRETT & BARTALOS P.C.
9233 Ward Parkway, Suite 270
Kansas City, Missouri 64114
Email: mmccausland@mbblawfirmkc.com
Email: mchuning@mbblawfirmkc.com

Richard T. Merker
WALLACE SAUNDERS AUSTIN
BROWN & ENOCHS
10111 West 87th Street
Overland Park, Kansas 66212
Email: rmerker@wallacesaunders.com

**ATTORNEYS FOR DEFENDANT/COUNTERCLAIM PLAINTIFF JEREMIAH JOHNSON**

A. Scott Waddell
WADDELL LAW FIRM LLC
2029 Wyandotte, Suite 100
Kansas City, Missouri 64108
Email: scott@aswlawfirm.com

**ATTORNEYS FOR BROOKE BASHAW**

Jason P. Roth
Patrick Copley
COPLEY ROTH & WILSON, LLC
7300 College Blvd., Suite 175
Overland Park, Kansas 66210
Email: jason@crwlawyers.com
Email: patrick@crwlawyers.com

**ATTORNEYS FOR KATIE SELLERS**

   *s/ Anne Schiavone*
ATTORNEY FOR PLAINTIFF