## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BROOKE BASHAW, | ) |
| and | ) |
| KATIE SELLERS, | ) |
| and | ) Case No.: 11-CV-02693 JWL/JPO |
| LAUREN SPALSBURY, | ) |
| Plaintiffs/Counterclaim Defendants, | ) |
| v. | ) |
| JEREMIAH JOHNSON, | ) |
| Defendant/Counterclaim Plaintiff. | ) |

## ENTRY OF APPEARANCE

Sophie Woodworth of Holman Schiavone, LLC enters her appearance as additional counsel of record for plaintiff, Lauren Spalsbury, in the above-captioned matter.

HOLMAN SCHIAVONE, LLC

By: _s/Sophie Woodworth_
Anne Schiavone,   KS Bar# 19669
Sophie Woodworth, KS Bar# 21754
4600 Madison Avenue, Suite 810
Kansas City, Missouri 64112
Telephone: 816.283.8738
Facsimile: 816.283.8739
Email: aschiavone@hslawllc.com
Email: swoodworth@hslawllc.com

ATTORNEYS FOR PLAINTIFF

2

**CERTIFICATE OF SERVICE**

   I hereby certify that on September 26, 2012, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Michael E. McCausland
Mark D. Chuning
McCAUSLAND BARRETT & BARTALOS P.C.
9233 Ward Parkway, Suite 270
Kansas City, Missouri 64114
Email: mmccausland@mbblawfirmkc.com
Email: mchuning@mbblawfirmkc.com

Richard T. Merker
WALLACE SAUNDERS AUSTIN
BROWN & ENOCHS
10111 West 87th Street
Overland Park, Kansas 66212
Email: rmerker@wallacesaunders.com

**ATTORNEYS FOR DEFENDANT/COUNTERCLAIM PLAINTIFF JEREMIAH JOHNSON**

A. Scott Waddell
WADDELL LAW FIRM LLC
2029 Wyandotte, Suite 100
Kansas City, Missouri 64108
Email: scott@aswlawfirm.com

**ATTORNEYS FOR BROOKE BASHAW**

Jason P. Roth
Patrick Copley
COPLEY ROTH & WILSON, LLC
7300 College Blvd., Suite 175
Overland Park, Kansas 66210
Email: jason@crwlawyers.com
Email: patrick@crwlawyers.com

**ATTORNEYS FOR KATIE SELLERS**

             _s/Sophie Woodworth_
             ATTORNEY FOR PLAINTIFF