AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 11-CV-02693 JWL/JPO

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* Scott McFall
was received by me on *(date)* Sept. 21, 2012.

☒ I served the subpoena by delivering a copy to the named individual as follows:
Scott McFall at 104 E Poplar, Olathe, Kansas 66061
on *(date)* Sept 26, 2012 at 11:45 A.m.

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: Sept. 26, 2012

*Server's signature*

TOM TIPPIT
*Printed name and title*
P.O. BOX 3841
SHAWNEE MISSION, KS 66203

*Server's address*

Additional information regarding attempted service, etc: