IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

BROOKE BASHAW,
KATIE SELLERS and
LAUREN SPALSBURY,

    Plaintiffs/Counterclaim Defendants,

vs.                                                CASE NO. 11-CV-2693 JWO/JOP

JEREMIAH JOHNSON,

    Defendant/Counterclaim Plaintiff.

## CERTIFICATE OF SERVICE

Defendant Jeremiah Johnson by and through his counsel of record and hereby certifies that **Defendant's Answers and Objections to Plaintiff Lauren Spalsbury's First Interrogatories and First Request for Production of Documents to Defendant Jeremiah Johnson**, was served on this 5th day of October, 2012 via electronic mail and via regular U.S. mail:

| | |
|---|---|
| Anne Schiavone, Esq.<br>Holman Schiavone, LLC<br>4600 Madison Ave., Ste. 810<br>Kansas City, MO 64112<br>(816) 283-8738/FAX (816) 283-8739<br>aschiavone@hslawllc.com<br>**COUNSEL FOR PLAINTIFF**<br>**LAUREN SPALSBURY** | Jason P. Roth, Esq.<br>Patrick Copley, Esq.<br>7300 College Blvd., Ste. 175<br>Overland Park, KS 66210<br>(913) 451-9500/FAX (913) 451-9501<br>jason@crwlawyers.com<br>patrick@crwlawyers.com<br>**COUNSEL FOR PLAINTIFF**<br>**KATIE SELLERS** |
| A. Scott Waddell, Esq.<br>Waddell Law Firm, LLC<br>2029 Wyandotte, Ste. 100<br>Kansas City, MO 64108<br>(816) 221-2555/FAX (816) 221-2508<br>scott@aswlawfirm.com<br>**COUNSEL FOR PLAINTIFF**<br>**BROOKE BASHAW** | Richard T. Merker<br>Wallace, Saunders, Austin,<br>Brown & Enochs, Chartered<br>10111 W. 87th Street<br>PO Box 12290<br>Overland Park, KS 66282<br>rmerker@wallacesaunders.com<br>**COUNSEL FOR**<br>**DEFENDANT/COUNTERCLAIM**<br>**PLAINTIFF** |

                                        McCAUSLAND BARRETT & BARTALOS P.C.

*s/s Mark D. Chuning*  
Mark D. Chuning                    #20882  
9233 Ward Parkway, Suite 270  
Kansas City, Missouri  64114  
(816) 523-3000/FAX (816) 523-1588  
mchuning@mbblawfirmkc.com  
**ATTORNEY FOR DEFENDANT**  
**JEREMIAH JOHNSON**

## CERTIFICATE OF SERVICE

      I hereby certify that on October 5, 2012, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Anne Schiavone, Esq.  
Holman Schiavone, LLC  
4600 Madison Ave., Ste. 810  
Kansas City, MO 64112  
(816) 283-8738/FAX (816) 283-8739  
aschiavone@hslawllc.com  
**COUNSEL FOR PLAINTIFF**  
**LAUREN SPALSBURY**

A. Scott Waddell, Esq.  
Waddell Law Firm, LLC  
2029 Wyandotte, Ste. 100  
Kansas City, MO 64108  
(816) 221-2555/FAX (816) 221-2508  
scott@aswlawfirm.com  
**COUNSEL FOR PLAINTIFF**  
**BROOKE BASHAW**

Jason P. Roth, Esq.
Patrick Copley, Esq.
7300 College Blvd., Ste. 175
Overland Park, KS 66210
(913) 451-9500/FAX (913) 451-9501
jason@crwlawyers.com
patrick@crwlawyers.com
**COUNSEL FOR PLAINTIFF**
**KATIE SELLERS**

Richard T. Merker
Wallace, Saunders, Austin,
Brown & Enochs, Chartered
10111 W. 87th Street
PO Box 12290
Overland Park, KS 66282
rmerker@wallacesaunders.com
**COUNSEL FOR DEFENDANT/COUNTERCLAIM PLAINTIFF**

                                          /s/ Mark D. Chuning
                                          ATTORNEY FOR DEFENDANT