IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BROOKE BASHAW, KATIE SELLERS and LAUREN SPALSBURY, | ) ) ) |
| Plaintiffs/Counterclaim Defendants, | ) ) |
| vs. | ) Case No: 11-CV-2693-JWL/JPO |
| JEREMIAH JOHNSON, | ) ) ) |
| Defendant/Counterclaim Plaintiff. | ) ) |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

**COMES NOW** separate Plaintiff, Katie Sellers, by and through her attorneys of record, and Defendant, Jeremiah Johnson, by and through his attorney of record, and moves the Court to enter an Order dismissing with prejudice the claims of the Plaintiff, Katie Sellers, against Defendant, Jeremiah Johnson, as set forth in the original Complaint and the First Amended Complaint and further dismissing with prejudice the Counterclaim of Defendant, Jeremiah Johnson, against Katie Sellers. The stipulation is with dismissal with each party to pay their own Court costs and attorneys' fees.

This stipulation does not affect the claims of Plaintiffs Brooke Bashaw and Lauren Spalsbury.

**WHEREFORE**, Plaintiff, Katie Sellers, and Defendant, Jeremiah Johnson, moves the Court to enter Orders consistent with the requests listed above.

Submitted by:

COPLEY ROTH & WILSON, LLC

By _____/s/ Jason P. Roth_____
Jason P. Roth           KS# 20529
Patrick Copley          KS# 20699
Lighton Tower
7500 College Boulevard, Suite 700
Overland Park, KS 66210
Jason@crwlawyers.com
Patrick@crwlawyers.com
(913) 451-9500    Fax:  (913) 451-9501

ATTORNEYS FOR PLAINTIFF KATIE SELLERS

WALLACE, SAUNDERS, AUSTIN, BROWN AND ENOCHS, CHARTERED


By _____/s/ Richard T. Merker_____
Richard T. Merker           KS# 07405
rmerker@wallacesaunders.com
10111 West 87th Street
Overland Park, KS 66212
913-888-1000    Fax - 913-888-1065

ATTORNEYS FOR DEFENDANT JEREMIAH JOHNSON


McCAUSLAND BARRETT & BARTALOS P.C.


By _____/s/ Mark D. Chuning_____
Mark D. Chuning           KS# 20882
Michael E. McCausland     MO# 29950
9233 Ward Parkway, Suite 270
Kansas City, MO 64114
mmccausland@mbblawfirmkc.com
mchuning@mbblawfirmkc.com
(816) 523-3000  Fax:  (816) 523-1588

ATTORNEYS FOR DEFENDANT JEREMIAH JOHNSON

The undersigned hereby certifies that a true and correct copy of the above and foregoing were electronically filed with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to the following, on this 7th day of November, 2012:

Scott Waddell
WADDELL LAW FIRM LLC
2029 Wyandotte Street, Suite 100
Kansas City, MO 64108
scott@aswlawfirm.com
(816) 221-2555     Fax:   (816) 221-2508

ATTORNEYS FOR PLAINTIFF BROOKE BASHAW

Anne Schiavone
HOLMAN SCHIAVONE, LLC
4600 Madison Avenue, Suite 810
Kansas City, MO 64112
aschiavone@hslawllc.com
(816) 283-8738     Fax:   (816) 283-8739

ATTORNEYS FOR PLAINTIFF LAUREN SPALSBURY


        /s/ Richard T. Merker
Richard T. Merker