IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

BROOKE BASHAW,
KATIE SELLERS and
LAUREN SPALSBURY,

    Plaintiffs,

vs.                                    CASE NO. 11-CV-2693 JWO/JOP

JEREMIAH JOHNSON,

    Defendant.

### DEFENDANT JEREMIAH JOHNSON'S OBJECTION TO PLAINTIFF LAUREN SPALSBURY'S SUBPOENA

COMES NOW Defendant Jeremiah Johnson, by and through his counsel of record, pursuant to Rule 45(c) of the Federal Rules of Civil Procedure, and states the following as Defendant's objections to the subpoena served on Craig's List by Plaintiff Spalsbury in conjunction with Document #57 on file in this matter:

1.    The subpoena served in this matter is overly broad, vague and unduly burdensome. Further, the subpoena is not properly limited in time or subject matter, in that:

- The subpoena seeks documents that are generated by reference to the listed generic search terms (April, beer, after work, legal knowledge, mascot, LuLu, bull mastiff, bull, mastiff, animal, friendly, legal assistant, secretary, secretary position, jocolawfirm@yahoo.com, Johnson County, Olathe, and Olathe, Kansas) without any limitation to any of the issues or parties involved in the cause of action pending herein.

- The subpoena seeks documents in a date range from February 11, 2011 to August 30, 2011 which exceeds the time frame of the event alleged in the complaint of June 2, 2011 by nearly two months.
- The subpoena seeks documents limited only by the search categories of "Jobs, Personals and Services" and the only limitation on the territory is to the entire states of Kansas and Missouri.

As set forth above, the subpoena would generate delivery of tens of thousands if not hundreds of thousands of documents that are not connected to any party to this litigation and are not relevant to any issue in controversy in this litigation.

2.  Rule 45(c)(3) grants the court authority to quash or modify a subpoena that subjects a person to undue burden. Plaintiff's subpoena subjects a person to undue burden for the reasons stated above. Further, the subpoena will subject the Defendant in this matter to undue burden and expense in that the production of the thousands of documents that are neither relevant nor even remotely connected to the parties or issues in this matter will require review and analysis by counsel for Defendant and add undue expense to this litigation.

3.  Pursuant to Rule 45(c)(1), an attorney must take reasonable steps to avoid imposing an undue burden on a person subject to the subpoena. The court is granted the authority to enforce this duty of an attorney issuing and serving a subpoena, and impose an appropriate sanction for failure to comply, which may include reasonable attorney's fees. Fed. R. Civ. P. 45(c)(1).

WHEREFORE, Defendant Jeremiah Johnson respectfully requests this Court to quash or modify plaintiff's subpoena, impose any sanction on plaintiff's attorney for reasonable attorney's fees, pursuant to Rule 45(c) of the Federal Rules of Civil Procedure the court deems appropriate, and for such other and further relief as the court deems just and proper.

McCausland Barrett & Bartalos P.C.


*/s/ Mark D. Chuning*
Michael E. McCausland      MO     #29950
Mark D. Chuning            KS     #20882
9233 Ward Parkway, Suite 270
Kansas City, Missouri  64114
(816) 523-3000/FAX (816) 523-1588
mmccausland@mbblawfirmkc.com
mchuning@mbblawfirmkc.com


WALLACE, SAUNDERS, AUSTIN,
BROWN AND ENOCHS, CHARTERED


*/s/Richard T. Merker*
Richard T. Merker     KS# 07405
10111 West 87th Street
Overland Park, KS 66212
rmerker@wallacesaunders.com
913-888-1000 Fax - 913-888-1065

ATTORNEYS FOR DEFENDANT
JEREMIAH JOHNSON

I hereby certify that a copy of the
foregoing was e-filed, this 8th day
of November, 2012 to:

A. Scott Waddell, Esq.
Waddell Law Firm, LLC
2029 Wyandotte, Ste. 100
Kansas City, MO 64108
(816) 221-2555/FAX (816) 221-2508
scott@aswlawfirm.com
COUNSEL FOR PLAINTIFF BROOKE BASHAW

Jason P. Roth, Esq.
Patrick Copley, Esq.
7300 College Blvd., Ste. 175
Overland Park, KS 66210
(913) 451-9500/FAX (913) 451-9501
jason@crwlawyers.com
patrick@crwlawyers.com
COUNSEL FOR PLAINTIFF KATIE SELLERS

Anne Schiavone, Esq.
Holman Schiavone, LLC
4600 Madison Ave., Ste. 810
Kansas City, MO 64112
(816) 283-8738/FAX (816) 283-8739
aschiavone@hslawllc.com
COUNSEL FOR PLAINTIFF LAUREN SPALSBURY


*s/s Mark D. Chuning*_____
Mark D. Chuning
For the Firm