IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BROOKE BASHAW, KATIE SELLERS and LAUREN SPALSBURY, <br><br>  Plaintiffs/Counterclaim Defendants, <br><br> vs. <br><br> JEREMIAH JOHNSON, <br><br>  Defendant/Counterclaim Plaintiff. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No: 11-CV-2693-JWL/JPO <br> ) <br> ) <br> ) <br> ) |

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

**COMES NOW** separate Plaintiff, Brooke Bashaw, by and through her attorneys of record, and Defendant, Jeremiah Johnson, by and through his attorney of record, and moves the Court to enter an Order dismissing with prejudice the claims of the Plaintiff, Brooke Bashaw, against Defendant, Jeremiah Johnson, as set forth in the original Complaint and the First Amended Complaint and further dismissing with prejudice the Counterclaim of Defendant, Jeremiah Johnson, against Brooke Bashaw.  The stipulation is with dismissal with each party to pay their own Court costs and attorneys' fees.

This stipulation does not affect the claims of Plaintiff Lauren Spalsbury.

**WHEREFORE**, Plaintiff, Brooke Bashaw, and Defendant, Jeremiah Johnson, moves the Court to enter Orders consistent with the requests listed above.

wsabeop0 101260105 v.1

Submitted by:

WADDELL LAW FIRM LLC

By   /s/ A. Scott Waddell
    A. Scott Waddell    KS# 20955
    2029 Wyandotte Street, Suite 100
    Kansas City, MO 64108
    scott@aswlawfirm.com
    (816) 221-2555  Fax: (816) 221-2508

ATTORNEYS FOR PLAINTIFF BROOKE BASHAW

WALLACE, SAUNDERS, AUSTIN,
BROWN AND ENOCHS, CHARTERED

By     /s/ Richard T. Merker
    Richard T. Merker    KS# 07405
    rmerker@wallacesaunders.com
    10111 West 87th Street
    Overland Park, KS 66212
    913-888-1000    Fax - 913-888-1065

ATTORNEYS FOR DEFENDANT
JEREMIAH JOHNSON

McCAUSLAND BARRETT & BARTALOS P.C.

By     /s/ Mark D. Chuning
    Mark D. Chuning    KS# 20882
    Michael E. McCausland    MO# 29950
    9233 Ward Parkway, Suite 270
    Kansas City, MO 64114
    mmccausland@mbblawfirmkc.com
    mchuning@mbblawfirmkc.com
    (816) 523-3000  Fax: (816) 523-1588

ATTORNEYS FOR DEFENDANT
JEREMIAH JOHNSON

The undersigned hereby certifies that a true and correct copy of the above and foregoing were electronically filed with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to the following, on this 9th day of November, 2012:

Jason P. Roth
Patrick Copley
COPLEY ROTH & WILSON, LLC
Lighton Tower
7500 College Boulevard, Suite 700
Overland Park, KS 66210
Jason@crwlawyers.com
Patrick@crwlawyers.com
(913) 451-9500      Fax:   (913) 451-9501


Anne Schiavone
HOLMAN SCHIAVONE, LLC
4600 Madison Avenue, Suite 810
Kansas City, MO 64112
aschiavone@hslawllc.com
(816) 283-8738      Fax:   (816) 283-8739

ATTORNEYS FOR PLAINTIFF LAUREN SPALSBURY



_____/s/ Richard T. Merker_____
Richard T. Merker