IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

BROOKE BASHAW, KATIE SELLERS and )
LAUREN SPALSBURY, )
)
    Plaintiffs/Counterclaim Defendants, )
)
vs. ) Case No: 11-CV-2693-JWL/JPO
)
JEREMIAH JOHNSON, )
)
    Defendant/Counterclaim Plaintiff. )
)

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

**COMES NOW** Plaintiff, Lauren Spalsbury, by and through her attorneys of record, and Defendant, Jeremiah Johnson, by and through his attorney of record, and moves the Court to enter an Order dismissing with prejudice the claims of the Plaintiff, Lauren Spalsbury, against Defendant, Jeremiah Johnson, as set forth in the Amended Complaint and further dismissing with prejudice the Counterclaim of Defendant, Jeremiah Johnson, against Lauren Spalsbury. The stipulation is with dismissal with each party to pay their own Court costs and attorneys' fees.

**WHEREFORE**, Plaintiff, Lauren Spalsbury, and Defendant, Jeremiah Johnson, moves the Court to enter Orders consistent with the requests listed above.

wsabeop0 101276768 v.1

Submitted by:

HOLMAN SCHIAVONE, LLC

By    /s/ Anne Schiavone
     Anne Schiavone    KS# 19669
     Sophie Woodworth    KS#19558
     4600 Madison Avenue, Suite 810
     Kansas City, MO 64112
     aschiavone@hslawllc.com
     swoodworth@hslawllc.com
     (816) 283-8738   Fax: (816) 283-8739

ATTORNEYS FOR PLAINTIFF LAUREN SPALSBURY

WALLACE, SAUNDERS, AUSTIN, BROWN AND ENOCHS, CHARTERED

By    /s/ Richard T. Merker
     Richard T. Merker    KS# 07405
     rmerker@wallacesaunders.com
     10111 West 87th Street
     Overland Park, KS 66212
     913-888-1000   Fax - 913-888-1065

ATTORNEYS FOR DEFENDANT JEREMIAH JOHNSON

McCAUSLAND BARRETT & BARTALOS P.C.

By    /s/ Mark D. Chuning
     Mark D. Chuning    KS# 20882
     Michael E. McCausland    MO# 29950
     9233 Ward Parkway, Suite 270
     Kansas City, MO 64114
     mmccausland@mbblawfirmkc.com
     mchuning@mbblawfirmkc.com
     (816) 523-3000 Fax: (816) 523-1588

ATTORNEYS FOR DEFENDANT JEREMIAH JOHNSON

wsabeop0 101276768 v.1