IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BROOKE BASHAW, KATIE SELLERS and LAUREN SPALSBURY, | )<br>)<br>) |
| Plaintiffs/Counterclaim Defendants, | )<br>) |
| vs. | ) Case No: 11-CV-2693-JWL/JPO |
| JEREMIAH JOHNSON, | )<br>)<br>) |
| Defendant/Counterclaim Plaintiff. | )<br>) |

## ORDER OF DISMISSAL WITH PREJUDICE

The Court has been presented with the Joint Stipulation of Plaintiff, Lauren Spalsbury, and Defendant, Jeremiah Johnson, requesting that the claims of Lauren Spalsbury and the Counterclaim of Jeremiah Johnson, each against the other, be dismissed with prejudice. The parties further request that the dismissal be with each party to pay their own Court costs and attorneys' fees.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the claims of Lauren Spalsbury against Jeremiah Johnson, and the claims of Jeremiah Johnson in his Counterclaim against Lauren Spalsbury are dismissed with prejudice with each party to pay their own Court costs and attorneys' fees.

Dated this 8th day of March, 2013.

                                                       s/ John W. Lungstrum
                                                     United States District Court Judge

Approved by:

HOLMAN SCHIAVONE, LLC

By     /s/ Anne Schiavone
    Anne Schiavone    KS# 19669
    Sophie Woodworth    KS#19558
    4600 Madison Avenue, Suite 810
    Kansas City, MO 64112
    aschiavone@hslawllc.com
    swoodworth@hslawllc.com
    (816) 283-8738    Fax: (816) 283-8739

ATTORNEYS FOR PLAINTIFF LAUREN SPALSBURY

WALLACE, SAUNDERS, AUSTIN, BROWN AND ENOCHS, CHARTERED

By     /s/ Richard T. Merker
    Richard T. Merker    KS# 07405
    rmerker@wallacesaunders.com
    10111 West 87th Street
    Overland Park, KS 66212
    913-888-1000    Fax - 913-888-1065

McCAUSLAND BARRETT & BARTALOS P.C.

By     /s/ Mark D. Chuning
    Mark D. Chuning    KS# 20882
    Michael E. McCausland    MO# 29950
    9233 Ward Parkway, Suite 270
    Kansas City, MO 64114
    mmccausland@mbblawfirmkc.com
    mchuning@mbblawfirmkc.com
    (816) 523-3000  Fax: (816) 523-1588

ATTORNEYS FOR DEFENDANT JEREMIAH JOHNSON